FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA O'HARA CARGILL,<br><br>　　　　Defendant. | No. 2:19-CR-00091-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION<br><br>**MOTION DENIED**<br>**(ECF No. 47)** |

　　　Before the Court is Defendant's Motion for Reconsideration of Detention, **ECF No. 47**, specifically requesting to be released to inpatient treatment. Defendant is in custody pending trial, having earlier waived his right to a detention hearing, **ECF No. 28.** Defendant recites in his motion that both the United States and U.S. Probation oppose this request. The Court has reviewed the Pretrial Services report, **ECF No. 23**, and the records and files herein.

　　　Notably, Defendant's criminal history includes over twenty warrants issued for failure to appear for court or failure to comply with court orders. The same report notes at least two unadjudicated state charges, such that a release on the instant Federal cause risks defendant being taken into custody by another jurisdiction and unavailable to this Court. Finally, trial in this cause is scheduled to start in 26 days, **ECF No. 35**, while defendant proposes to enter an inpatient treatment program lasting from thirty to sixty days.

ORDER - 1

Accordingly, **IT IS ORDERED** Defendant's Motion, **ECF No. 47**, is **DENIED.**

**IT IS SO ORDERED.**

DATED July 3, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE